**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE: 1:22-cv-01227-SKC

ACCESS 4 ALL INCORPORATED,
JOHN MEGGS and CARLOS CUESTA,

      Plaintiffs,

v.

CHAMBERS PLAZA, LLC,
DILLION COMPANIES, LLC,
and HZ OPS HOLDINGS, INC,

      Defendants.

---

PLAINTIFFS' NOTICE OF SETTLEMENT

---

Plaintiffs, ACCESS FOR ALL INCORPORATED, JOHN MEGGS, and CARLOS CUESTA, hereby advise the Court that he has reached an agreement in principle to settle the instant case with Defendant, HZ OPS HOLDINGS, INC., via the principal for the Defendants who is a licensed attorney. The Plaintiffs will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Plaintiffs, respectfully request that the Court vacate all currently set dates and deadlines as to these Defendants.

Respectfully submitted this September 21, 2022.


*/s/ Anthony J. Perez*
ANTHONY J. PEREZ
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, Colorado 80202

Telephone: (305) 553- 3464
Primary Email:  ajperez@lawgmp.com;
Secondary E-Mail: bvirues@lawgmp.com;
dperaza@lawgmp.com;
dramos@lawgmp.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by

CM/ECF to all counsel of record on this September 21, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
bvirues@lawgmp.com;
dperaza@lawgmp.com


By:  _/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ