**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.:  1:22-cv-01227-SKC

ACCESS 4 ALL INCORPORATED;
JOHN MEGGS and CARLOS CUESTA,

       Plaintiffs,

v.

CHAMBERS PLAZA, LLC; DILLON
COMPANIES, LLC and HZ OPS
HOLDINGS, INC.,

       Defendants.

---

**JOINT NOTICE OF SETTLEMENT**

---

Plaintiffs, ACCESS 4 ALL INCORPORATED; JOHN MEGGS and CARLOS CUESTA, and Defendant, DILLON COMPANIES, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this September 27, 2022.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
GARCIA-MENOCAL & PEREZ, P.L.
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com

/s/ *Ashley R. Larson*
ASHLEY R. LARSON
SUTTON | BOOKER | P.C.
4949 S. SYRACUSE, SUITE 500
DENVER, COLORADO 80237
Telephone: 303-730-6204
E-Mail: alarson@suttonbooker.com

*Attorney for Plaintiffs*          *Attorney for Defendant Dillon Companies, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by

CM/ECF to all counsel of record on this September 27, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com;
dramos@lawgmp.com

By:  */s/ Anthony J. Perez*
      ANTHONY J. PEREZ