# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-01227-SKC

ACCESS 4 ALL INCORPORATED,
JOHN MEGGS and CARLOS CUESTA,

    Plaintiffs,

v.

CHAMBERS PLAZA, LLC, DILLON
COMPANIES, LLC and HZ OPS
HOLDINGS, INC.

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiffs, ACCESS 4 ALL INCORPORATED, JOHN MEGGS and CARLOS CUESTA, by and through his undersigned counsel, hereby dismiss Defendant, HZ OPS HOLDINGS, INC, with Prejudice.

Dated this November 7, 2022.

        Respectfully Submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        1600 Broadway
        Denver, CO 80202
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: dperaza@lawgmp.com

        By: */s/ Anthony J. Perez*
            ANTHONY J. PEREZ

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 7, 2022.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By*: /s/ Anthony J. Perez*
  ANTHONY J. PEREZ